IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 99-60185
Conference Calendar

GURMIT SINGH,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A-93-499-484
- - - - - - - - - -
February 17, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

Gurmit Singh petitions this court to review the decision of Board of Immigration Appeals (BIA) denying his application for asylum. He challenges the Immigration Judge's adverse credibility determination. We do not review decisions based upon credibility determinations. See Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994). Singh's petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.